UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SETH ANTHONY PARRISH,

        Plaintiff,               1:13-cv-1980-AA

      v.                          ORDER

"COPS" (sic), et al.,

        Defendants.

AIKEN, District Judge.

    By Order (#5) entered November 15, 2013, plaintiff's *pro se* complaint was dismissed for failure to state a claim and plaintiff was allowed 30 days to file an amended complaint.

    Plaintiff has filed an amended complaint. However, the amended complaint fails to correct the deficiencies that led to the dismissal of the original complaint.

    In short, plaintiff's amended complaint fails to meet the minimal standards required by the federal rules, and fails to state a claim no matter how liberally construed. Specifically, plaintiff has failed to name any specific

1 - ORDER

defendant and has not made any claims or factual allegations. He simply alleges that he is "not allowed to do what I want" and that he "did not do anything."

Plaintiff's amended complaint is dismissed for failure to state a claim and legally frivolous. The Clerk of the Court is directed to enter a judgment dismissing this action with prejudice.

IT IS SO ORDERED.

*Any appeal from this order or judgment of dismissal would be frivolous and not taken in good faith.*

DATED this 11 day of December, 2013.

Ann Aiken
United State District Judge

2 - ORDER